Mollie A. Knochel, administratrix of the estate of William M. Knochel, deceased, appellee, v. City of Lincoln and Central Illinois Electric and Gas Company, appellants. Gen. No. 8,852.

Opinion filed January 14, 1935. Rehearing denied April 2, 1935.
Uri Kissinger and Covey & Woods, for appellants. Trapp & Trapp, for appellee.
Mr. Presiding Justice Fulton delivered the opinion of the court.

James M. Parsell, plaintiff in error, v. Frank S. Parsell et al., defendants in error. Gen. No. 8,855.

Opinion filed January 14, 1935.
J. B. Harris, for plaintiff in error. O. H. Richards, for defendants in error.
Mr. Presiding Justice Fulton delivered the opinion of the court.

Earl Weakly, appellee, v. Ruth Firebaugh, administratrix with the will annexed of the estate of C. C. Firebaugh, deceased, appellant, and C. Walter Jones. Gen. No. 8,860.

Opinion filed January 14, 1935. Rehearing denied April 2, 1935.
Bryan H. Tivnen, for appellant; Thomas R. Figenbaum and Carus S. Icenogle, of counsel. Ward & Pugh, for appellee.
Mr. Presiding Justice Fulton delivered the opinion of the court.

Colchester Building, Loan and Investment Association, complainant, v. Alonzo O. Kline et al., defendants.
Alonzo O. Kline and Lenore H. Kline, appellants, v. Colchester Building, Loan and Investment Association et al., appellees. Gen. No. 8,863.

Opinion filed January 14, 1935.
Gumbart & Grigsby, for appellants. Downing & Helfrich, for certain appellee.
Mr. Presiding Justice Fulton delivered the opinion of the court.